```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANDY RYAN PHOTOGRAPHER, LLC,                                     :
                                                                 :
                        Plaintiff,                               :
                                                                 :          25-cv-6562 (LJL)
        -v-                                                      :
                                                                 :              ORDER
CHANCELLOR LIVINGSTON, LLC,                                      :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025

LEWIS J. LIMAN, United States District Judge:

This Order further documents the Court's rulings at the initial pretrial conference on October 31, 2025.

The parties shall exchange initial disclosures no later than November 14, 2025. All formal discovery is otherwise stayed.

By separate order, the parties are referred to Magistrate Judge Jennifer Willis for settlement. Within seven days of the conclusion of settlement discussions, the parties will write requesting a status conference at which discovery deadlines will be set.

SO ORDERED.

Dated: October 31, 2025
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge